UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GEORGIA DAVEY, Plaintiff** ) | **CASE NUMBER:** |
| ) | |
| ) | **COMPLAINT** |
| **v.** ) | |
| ) | |
| **SOLOMON AND SOLOMON, P.C.,** ) | |
|     **Defendant** ) | |
| ) | **FEBRUARY 6, 2007** |

## I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

## II. PARTIES

2. The plaintiff, Georgia Davey, is a natural person residing in Kensington, Connecticut.

3. The defendant, Solomon and Solomon, P.C. ("Solomon"), is a New York professional corporation that is engaged in the practice of debt collection in Connecticut.

## III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Solomon because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

## IV.  FACTUAL ALLEGATIONS

7.  Solomon sent a letter to Plaintiff's council dated October 31, 2006, acknowledging that Plaintiff was represented.

8.  Solomon, in the same letter, stated that Solomon was aware of such representation because of notes in the file from the creditor.

9.  Solomon's letter included the standard right to verify the debt within thirty days of receipt of the letter.

10. Plaintiff's council sent a letter dated November 6, 2006, exercising the right to request verification of the debt since Plaintiff had been a victim of identity theft, and also requesting that Solomon cease all collection attempts.

11. Solomon served Plaintiff with a summons on November 10, 2006.

12. Six weeks after Plaintiff's council asked Solomon for verification of the debt and to cease collection attempts, Solomon returned the summons to the Court on December 18, 2006.

13. To date, neither Plaintiff nor Plaintiff's council have received verification of the debt.

## V.  CLAIM FOR RELIEF

**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

14. Paragraphs 1-13 are herein incorporated

15. Defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692g(b) by continuing its attempt to collect on a debt without sending proper verification as requested by Plaintiff's council.

16. For Solomon's violations of the Fair Debt Collection Practices Act as described above, the Plaintiff is entitled to recover her actual damages (including emotional distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

WHEREFORE, the Plaintiffs seeks recovery of monetary damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFF,

By: _____
Daniel S. Blinn, ct02128
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457