# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| **GEORGIA DAVEY,** | ) | **CASE NO:** |
| **Plaintiff** | ) | **3:07-CV-00197 (AVC)** |
| **V.** | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **SOLOMON AND SOLOMON, P.C.** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | **FEBRUARY 28, 2006** |

_____

Pursuant to F.R.C.P. §41(a)(1), the plaintiff, Georgia Davey, through her attorney Daniel S.

Blinn, hereby gives notice that the claims of the above-entitled action shall be dismissed.

PLAINTIFF, GEORGIA DAVEY,


By: /s/Daniel S. Blinn____
        Daniel S. Blinn
        Consumer Law Group, LLC
        35 Cold Spring Road, Suite 512
        Rocky Hill, Connecticut 06067
        Tel (860) 571-0408  Fax (860) 571-7457
        Fed Bar No. ct02188

## CERTIFICATION

I hereby certify that on this 28TH day of February, 2007, a copy of the foregoing Notice of Dismissal for failure to plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I certify that a copy of this Notice was served upon:

Douglas M. Fisher
Solomon & Solomon, PC
Columbia Circle
Box 15019
Albany, NY  12212-5019
(518) 456-0651 - facsimile

/s/Daniel S. Blinn
Daniel S. Blinn